JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ZENAIDO VALADEZ, | ) | Case No. CV 20-9081-MCS (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| PEOPLE OF STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

Pursuant to the Memorandum and Order Denying Postponement Request and Summarily Dismissing Action,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: October 22, 2020

_____
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE